UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD M. WILKINSON, <br><br> Petitioner, <br><br> v. <br><br> JOE LIZARRAGA, <br><br> Respondent. | No. 2:17-cv-00606 GGH <br><br><br> ORDER |

Petitioner is proceeding in pro se with the above-entitled action. On May 17, 2017, he filed a Motion to Appoint Counsel. ECF No. 12. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. section 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Respondent has only recently filed an Answer to the Petition on May 4, 2017. ECF No. 10. As a result Petitioner's request for appointment of counsel will be denied without prejudice.

////

////

1

Accordingly, **IT IS HEREBY ORDERED** that:

Petitioner's Motion for Appointment of Counsel is DENIED without prejudice.

Dated: May 24, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE